IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-cr-006-MEF |
| | ) | |
| TRAVIS THOMAS | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion of Ineffective Assistance of Counsel and Reimbursement of Retained Fee (Doc. #119) filed on March 10, 2011, it is hereby

ORDERED that the motion is DENIED.

DONE this the 4th day of April, 2011.

                                                        /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE